IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

20-23352

| | | |
|---|---|---|
| In Re:<br>**Carol C. Farley**<br><br>Debtor<br><br>**Carol C. Farley**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No.<br><br>Chapter **11**<br><br><br><br>Related to Document No. 1 |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Matthew M. Herron 88927**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Matthew M. Herron**
 Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

20-23352

931 Penn Avenue Partners
5045 Fifth Avenue, #202
Pittsburgh, PA 15232