**United States Bankruptcy Court**
**Western District of Pennsylvania**

|  |  |  |  |
|---|---|---|---|
| In re **Carol C. Farley** | | Case No. | 20-23352-CMB |
| | Debtor(s) | Chapter | **7** |

### Notice of Change of Address for the Debtor

**My Mailing Address was previously listed as:**

Name:                    **Carol C. Farley**

Street:                   **808 Morewood Avenue**

City, State and Zip:   **Pittsburgh, PA 15213**

**Please be advised my new mailing address is:**

Name:                    **Carol C. Farley**

Street:                   **116 West 8th Apt. 202**

City, State and Zip:   **Pittsburgh, PA 15215**

/s/ *Carol C. Farley*

**Carol C. Farley**
Debtor

Respectfully submitted,
THE DEBT DOCTORS

Dated:   February 21, 2022

By: */s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA I.D. No.: 88927
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com